**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 119 EAL 2022

            Respondent              :

                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

            v.                          :

                                :

DIMITRIUS BROWN,                  :

                                :

            Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 17th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.